IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF ALHAMBRA,

    Plaintiff,

v.

THE DOW CHEMICAL CO., et al.

    Defendants.
_____/

No. C 05-02595 JSW

**ORDER RE HEARING DATE AND SETTING BRIEFING SCHEDULE**

    The Court ORDERS that hearing on Plaintiff's motion to remand in the above captioned matter is HEREBY set for October 7, 2005 at 9:00 a.m. The Court FURTHER ORDERS that Defendants' opposition shall be due on August 26, 2005, and Plaintiff's reply, if any, shall be due on September 2, 2005.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: August 9, 2005

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE