1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA**

10        **SAN FRANCISCO DIVISION**

11   CITY OF ALHAMBRA,                          )   Case No. C 05-02595 JSW
                                                )
12            Plaintiff,                        )
                                                )   **[PROPOSED] ORDER GRANTING THE**
13   v.                                         )   **DOW CHEMICAL COMPANY; DOW**
                                                )   **AGROSCIENCES LLC; AND SHELL OIL**
14   THE DOW CHEMICAL COMPANY; DOW              )   **COMPANY DBA SHELL CHEMICAL**
     AGROSCIENCES, LLC; SHELL OIL               )   **COMPANY PERMISSION TO FILE A**
15   COMPANY, individually and doing business as )  **UNIFIED OPPOSITION NOT TO**
     SHELL CHEMICAL COMPANY; OLIN               )   **EXCEED 35 PAGES**
16   CORPORATION; WILBUR-ELLIS                  )
     COMPANY; AND DOES 1 through 300,           )
17   INCLUSIVE                                  )
                                                )
18            Defendants.                       )
                                                )
19   _____)

20

21          Defendants The Dow Chemical Company; Dow AgroSciences LLC; and Shell Oil

22   Company dba Shell Chemical Company (collectively "removing defendants") came before this

23   Court pursuant to their Application for Ex Parte Relief to Exceed Pages Limits and File an

24   Opposition Not to Exceed 35 Pages in opposition to the pending Motion to Remand to State Court

25   in the above-referenced action.

26   //

27   //

28   //

**FBE&M**

LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-1-

1      Having considered the application and memorandum in support of said application, the

2  Court hereby GRANTS the removing defendants permission to file a single opposition to the

3  pending remand motion not to exceed 35 pages of text.

4  For future motions, the parties are admonished to comply with the Court's Standing Order
   which limits the page limits of briefs to fifteen pages.

5      IT IS SO ORDERED.

6

7  DATED: August 22, 2005          By: _____

8                                       JUDGE JEFFREY S. WHITE
                                        UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FBE&M

LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-2-

[PROPOSED] ORDER GRANTING RELIEF FROM PAGE LIMITATIONS