1  Victor M. Sher, SBN 96197
   Todd E. Robins, SBN 191853
2  SHER LEFF LLP
   450 Mission Street, Suite 400
3  San Francisco, CA 94105
   Telephone: (415) 348-8300
4  Facsimile: (415) 348-8333

5  Scott Summy, *Admitted in Texas*
   BARON & BUDD, P.C.
6  3102 Oak Lawn Avenue, Suite 1100
   Dallas, TX 75219-4281
7  Telephone: (214) 523-6267
   Facsimile: (214) 520-1181
8
   Attorneys for Plaintiff, CITY OF ALHAMBRA
9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF ALHAMBRA, | Case No. 05-cv-02595 JSW |
| Plaintiff, | **PLAINTIFF'S JOINDER IN MOTION FOR ADMINISTRATIVE RELIEF RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; ORDER** |
| vs. | |
| THE DOW CHEMICAL COMPANY; DOW AGROSCIENCES, LLC; SHELL OIL COMPANY, individually and doing business as SHELL CHEMICAL COMPANY; OLIN CORPORATION; WILBUR-ELLIS COMPANY; AND DOES 1 through 300, INCLUSIVE, | Judge: Hon. Jeffrey S. White |
| Defendants. | |

PLAINTIFF'S JOINDER IN MOTION FOR ADMINISTRATIVE RELIEF RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE - Case No. 05-cv-02595 JSW

## JOINDER

Plaintiff City of Alhambra hereby joins in the Motion for Administrative Relief Re Continuance of Initial Case Management Conference filed in *Montara Water and Sanitary District v. Dow Chemical Co., et al.*, 05-cv-02480 JSW.

DATED: September 14, 2005

Respectfully submitted,

SHER LEFF LLP

By: _____
VICTOR M. SHER
TODD E. ROBINS
CHLOE S. ANDREWS

BARON & BUDD, P.C.

Attorneys for Plaintiffs CITY OF ALHAMBRA

Dated: September 21, 2005



DENIED
Judge Jeffrey S. White

- 1 -
PLAINTIFF'S JOINDER IN MOTION FOR ADMINISTRATIVE RELIEF RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE – Case No. 05-cv-02595 JSW