IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF ALHAMBRA, | CASE NO. 05-cv-02595 JSW |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW APPLICATION FOR ADMISSION *PRO HAC VICE* |
| v. | |
| THE DOW CHEMICAL COMPANY, et al. | |
| Defendants. | |

John L. Yates, an active member in good standing of the bar of the United States Supreme Court and the State Bar of Texas, whose business address and telephone number is Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219-4281, (214) 521-3605, having filed a Motion to Withdraw Application of Attorney *Pro Hac Vice* representing Plaintiff, CITY OF ALHAMBRA,

IT IS HEREBY ORDERED that the Motion is granted, and the Application for Admission of Attorney *Pro Hac Vice* is hereby withdrawn.

Dated: __October 14__, 2005

THE HONORABLE JEFFREY S. WHITE
United States District Judge

- 1 -
ORDER GRANTING MOTION TO WITHDRAW APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. 05-cv-02595 JSW